**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS`**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

                                          Case No. 07-CR-410

vs.                               HON.HARRY D. LEINENWEBER

GREGORY HARRIS D-21,

      Defendant.
_____/

**Notice of Appearance of Counsel**

    NOW COMES Anthony T. Chambers and files his appearance as retained counsel on behalf of Defendant GREGORY HARRIS in the instant matter.

                                                             Respectfully Submitted,

                                                              s/ Anthony T. Chambers
                                                              Anthony T. Chambers
                                                               Michigan Bar No.P38177
                                                              220 W. Congress, Fifth Floor
                                                              Detroit, Michigan 48226
                                                             (313) 964-5557
                                                            (313) 964-4801 Fax
                                                           achambers3650@yahoo.com

Dated: February 8, 2008

## **CERTIFICATION**

      I hereby certify that this Appearance was faxed this date, and by hand delivery to the following:

**Terra Brown**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: terra.brown@usdoj.gov

Date: February 8, 2008                    By: s/ Shantel Stoudemire, Paralegal to
                                                                                              Attorney Chambers