UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS`
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 07-CR-410

vs.                      HON. HARRY D. LEINENWEBER

GREGORY HARRIS D-21,

    Defendant.
_____/

## DEFENDANT GREGORY HARRIS' NOTICE OF JOINDER IN DEFENDANT MICHAEL SMITH'S MOTION

NOW COMES Defendant Gregory Harris, by and through counsel, Anthony T. Chambers and gives Notice of Joinder in Defendant Michael Smith's Motion. More particularly, Defendant Smith joins in the following Motion filed by Defendant Smith:

1) Defendant Michael Smith's Motion to Suppress Evidence Seized after Warrantless Stop (Docket Number 279).

                      Respectfully Submitted,

                      s/ Anthony T. Chambers
                      Anthony T. Chambers (P38177)
                      220 W. Congress, Fifth Floor
                      Detroit, Michigan 48226
                      (313) 964-5557
                      (313) 964-4801 Fax
                      achambers3650@yahoo.com

Date: February 12, 2008

## **CERTIFICATION**

I hereby certify that the forgoing papers were electronically filed this date, served electronically or by mail to the following:

**Terra Brown**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: terra.brown@usdoj.gov

Date: February 12, 2008                    By: s/ Shantel Stoudemire, Paralegal to
                                                Attorney Chambers