UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 07 CR 410 |
| v. | ) | |
| | ) | |
| ERIC CALDWELL, | ) | |
| MICHAEL SMITH, and | ) | Hon. Harry D. Leinenweber |
| GREGORY HARRIS | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**GOVERNMENT'S CONSOLIDATED RESPONSE TO MOTIONS TO SUPPRESS, GOVERNMENT'S RESPONSE TO MOTION FOR A BILL OF PARTICULARS, and GOVERNMENT'S CONSOLIDATED RESPONSE TO MOTIONS FOR SEVERANCE**

were served pursuant to the district court's ECF system.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:   /s/ Terra L. Brown
       TERRA L. BROWN
       Assistant United States Attorney
       219 South Dearborn Street, 5th Floor
       Chicago, IL 60604
       (312) 353-3148

Dated: March 12, 2008