UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | 07-CR-410 |
| | } | |
| CALVIN BUFFINGTON | } | JUDGE LEINENWEBER |
| | } | (1941) |

NOTICE OF MOTION

**TO:  Terra Brown, 219 SOUTH DEARBORN STREET, 5TH FLOOR, CHICAGO, ILLINOIS 60604**

　　**PLEASE TAKE NOTICE** that on April 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable LIENENWEBER or any Judge sitting in his stead, in Courtroom No. 1941, and then and there present DEFENDANT'S *MOTION TO SUBSTITUTE COUNSEL,* as attorney for defendant at which time you may appear if you so desire.

　　　　　　　　_/s/ Nishay Sanan_____
　　　　　　　　Nishay K. Sanan, Esq.
　　　　　　　　327. S. Plymouth Court
　　　　　　　　Suite 201
　　　　　　　　Chicago, IL 60604
　　　　　　　　312-692-0360

**CERTIFICATE OF SERVICE**

　　The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties named by electronically filing the same, pursuant to the local rules for ECM, on 4/1/08.

　　　　　　　　__/s/ Nishay Sanan_____