UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS`
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                        Case No. 07-CR-410

vs.                      HON. HARRY D. LEINENWEBER

GREGORY HARRIS D-21,

    Defendant.
_____/

## DEFENDANT GREGORY HARRIS' NOTICE
## OF JOINDER IN DEFENDANT DAWNYA PARKER'S MOTION TO SUPPRESS TITLE III MATERIAL

    NOW COMES Defendant GREGORY HARRIS, by and through counsel, ANTHONY T. CHAMBERS, and gives Notice of Joinder in Defendant Dawnya Parker's Motion. More particularly, Defendant HARRIS joins in the following Motion filed by Defendant Parker:

    1) Defendant Dawnya Parker's Motion to Suppress Title III Material (Docket Number 406).

                                        Respectfully Submitted,

                                        s/ Anthony T. Chambers
                                        Anthony T. Chambers (P38177)
                                        220 W. Congress, Fifth Floor
                                        Detroit, Michigan 48226
                                        (313) 964-5557
                                        (313) 964-4801 Fax
                                        achambers3650@yahoo.com

Date: April 7, 2008

# **CERTIFICATION**

      I hereby certify that the forgoing papers were electronically filed this date, served electronically or by mail to the following:

**Terra Brown**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: terra.brown@usdoj.gov

Date: April 8, 2008                             By: s/ Angela Howell (P70129)