# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 410 - 12,17,21 | **DATE** | 5/22/2008 |
| **CASE TITLE** | United States of America vs. Dawnya Parker, Michael Smith and Gregory Harris | | |

**DOCKET ENTRY TEXT**

Defendant Parker's reply to the motion to suppress to be filed by 5/30/2008. Suppression Hearing set for 8/20/2008 at 10:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|