# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                     Case No.: 1:07–cr–00410

Honorable Harry D. Leinenweber

Calvin Buffington, et al.

Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:as to Calvin Buffington, Brad Parker, Michael Buffington, Lois Buffington, Corey Anderson, Antonie Boddie, Ronnie Hogue, Johnnie Hughes, Christopher Dukes, Cedric Smith, Eric Caldwell, Dwanya Parker, Mae Jean Sanders, Darelene Bettis, Marco Pulido, John Slate, Michael Smith, Sessor Derrion Howard, Mark Thomas, Kwame Anthony, Gregory Harris, Alicia Bettis The status hearing scheduled for 8/27/2008 is be held at 9:30 a.m. Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.